UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO LUIZ DA SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSULATE GENERAL OF BRAZIL IN SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.   14-cv-05528-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's Case Management Conference statement, in which he indicates that the Defendant has not been served with the summons and complaint. Therefore, the Case Management Conference previously scheduled for March 25, 2015 has been CONTINUED to **April 29, 2015 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 22, 2015. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: March 23, 2015

_____
Donna M. Ryu
United States Magistrate Judge

