UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAO LUIZ DA SILVA,

    Plaintiff,

    v.

CONSULATE GENERAL OF BRAZIL IN SAN FRANCISCO,

    Defendant.

Case No. 14-cv-05528-DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVELY CLOSING CASE**

The court has received Plaintiff Joao Luiz Da Silva's request to continue the initial Case Management Conference. [Docket No. 20.] The court grants the request and continues the Case Management Conference to **January 11, 2017 at 1:30 p.m**. Given the lengthy process for service in Brazil, where Defendant is located, the court orders the administrative closure of this case. Plaintiff shall reopen the case by filing a proof of service, or by filing a case management conference statement on January 4, 2017, whichever occurs first.

**IT IS SO ORDERED.**

Dated: May 28, 2015



Donna M. Ryu
United States Magistrate Judge