1 | CARY KLETTER, Bar No. 210230
ckletter@kletterlaw.com
2 | SALLY TRUNG NGUYEN, Bar No. 267275
snguyen@kletterlaw.com
3 | KLETTER + NGUYEN LAW LLP
1900 S. Norfolk Street, Suite 350
4 | San Mateo, CA 94403
Telephone:650.577.2336

Attorneys for Plaintiff
JOAO LUIZ DA SILVA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOAO LUIZ DA SILVA

　　PLAINTIFF,

　　v.

CONSULATE GENERAL OF BRAZIL IN SAN FRANCISCO and DOES 1 - 20, inclusive,

　　DEFENDANTS.

Case No.  14-cv-05528 DMR

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Joao Luiz Da Silva ("Plaintiff"), by and through his undersigned counsel, respectfully requests this Court dismiss all claims asserted in the above-captioned action pursuant to the Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(2).  Such dismissal shall be without prejudice, with each of the parties is to bear its/his own attorney's fees and costs.

Dated: January 5, 2017                                      KLETTER + NGUYEN LAW LLP

By:   /s/ SALLY TRUNG NGUYEN
        Cary Kletter
        Sally Trung Nguyen
        Attorneys for PLAINTIFF
        JOAO LUIZ DA SILVA

### [PROPOSED] ORDER

Based upon Plaintiff's request for dismissal, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to FRCP 41(a)(2), the above-captioned action is dismissed without prejudice; and

2. Each of the parties is to bear its/his own costs attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: Jan. 6, 2017                          _____
                                             HONORABLE DONNA M. RYU
                                             UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

2.
REQUEST FOR DISMISSAL WITHOUT PREJUDICE